1
2
3
4
5                     IN THE UNITED STATES DISTRICT COURT
6
7               FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9   NATIONSTAR MORTGAGE LLC, its                     No. C 12-00482 WHA
    assignees and/or successors,
10
11                Plaintiff,

12      v.                                           **ORDER TO SHOW CAUSE**
                                                     **AND VACATING HEARING**
13  MELODY SUE HAWLEY, JOHN
    STEVENS SCURRAH JR, and DOES 1-
14  10, inclusive,

15                Defendants.
                                            /
16

17         Plaintiff Nationstar Mortgage LLC filed a motion to remand on February 22, 2012.  On

18  March 6, 2012, this action was reassigned to the undersigned judge.  Plaintiff renoticed its

19  motion on March 13, 2012.  Pursuant to Civil Local Rule 7-3, defendants' opposition or

20  statement of non-opposition to the motion was due March 27, 2012.  None was filed.

21  Defendants are hereby **ORDERED TO SHOW CAUSE** why the action should not be remanded, given

22  their failure to oppose the pending motion.  Defendants must file a written response to this order

23  by **NOON ON APRIL 25, 2012.**  If no response is filed, plaintiff's motion to remand may be

24  granted.  The motion hearing previously set for April 19, 2012, is **VACATED**.

25

26         **IT IS SO ORDERED.**

27

28  Dated: April 4, 2012.
                                            _____
                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California