IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATIONSTAR MORTGAGE LLC, its assignees and/or successors,

    Plaintiff,

  v.

MELODY SUE HAWLEY, JOHN STEVENS SCURRAH JR, and DOES 1-10, inclusive,

    Defendants.

No. C 12-00482 WHA

**ORDER TO SHOW CAUSE AND VACATING HEARING**

    Plaintiff Nationstar Mortgage LLC filed a motion to remand on February 22, 2012. On March 6, 2012, this action was reassigned to the undersigned judge. Plaintiff renoticed its motion on March 13, 2012. Pursuant to Civil Local Rule 7-3, defendants' opposition or statement of non-opposition to the motion was due March 27, 2012. None was filed. Defendants are hereby **ORDERED TO SHOW CAUSE** why the action should not be remanded, given their failure to oppose the pending motion. Defendants must file a written response to this order by **NOON ON APRIL 25, 2012.** If no response is filed, plaintiff's motion to remand may be granted. The motion hearing previously set for April 19, 2012, is **VACATED**.

    **IT IS SO ORDERED.**

Dated: April 4, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE