**McCARTHY & HOLTHUS, LLP**
Rebecca L. Lang (SBN 249234)
Jessica L. Partridge (SBN 260045)
1770 Fourth Avenue
San Diego, California 92101
Phone: (619) 685-4800
Facsimile: (619) 685-4810

Attorneys for Plaintiffs,
Nationstar Mortgage LLC,
its assignees and/or successor

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nationstar Mortgage LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>Melody Sue Hawley, John Stevens Scurrah Jr., Jessica Fuentes, Jose Fuentes, et al<br><br>    Defendant | **4:12-cv-00482-LB**<br><br>~~[PROPOSED]~~ **ORDER TO REMAND**<br><br>Date: April 5, 2012<br>Time: 11:00 am<br>Dept.: Courtroom 4<br>Honorable: Judge Laurel Beeler |

    Plaintiff, Nationstar Mortgage LLC's (erroneously named as "National Mortgage LLC") ("Plaintiff"), by and through its attorney of record, Jessica Partridge, Esq., of McCarthy & Holthus, LLP, who respectfully submit to this Court a proposed Order to Remand.

    **IT IS ORDERED** that the Motion to Remand be granted and the instant case is remanded to County of Sacramento, Carol Miller Justice Center.

Dated: May 3, 2012.

_____
William Alsup
UNITED STATES DISTRICT JUDGE